UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIEGO TRUJILLO CLAROS,

    Petitioner,

v.                                          Case No: 6:26-cv-208-JSS-LHP

LOUIS A. QUINONES, JR.,
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE), KRISTI
NOEM and DEPARTMENT OF
HOMELAND SECURITY (DHS),

    Respondents.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that an evidentiary hearing before the court is scheduled on Petitioner's Motion for Temporary Restraining Order (Dkt. 2) as set forth below. Petitioner's presence is required.

    **DATE**:    February 10, 2026

    **TIME**:    11:00 A.M.

    **PLACE**:    George C. Young Federal Annex Courthouse, 401 W. Central Boulevard, Courtroom 6C, Orlando, FL 32801

On or before **February 6, 2026**, the parties shall file their witness and exhibit lists. If counsel intend to use the courtroom's electronic equipment during the hearing, to ensure the availability of the equipment, counsel must contact chambers at 407-835-4219 on or before February 9, 2026. Counsel may also schedule an appointment to

attain familiarity with the electronic equipment and confirm compatibility prior to the date of the hearing.  On the date of the hearing, each party shall provide the Courtroom Deputy Clerk with the original and two copies of their exhibit list, exhibits, and witness list, as well as a courtesy binder containing same.  Additionally, on the date of the evidentiary hearing, each party shall provide the Courtroom Deputy Clerk with a CD or USB drive containing PDF versions of each exhibit.

Finally, the court has currently set aside 45 minutes for this hearing.  If the parties believe that more time is required, they shall move for additional time on or before **February 6, 2026**.

The Clerk is DIRECTED to serve Respondents with a copy of this order in the following five ways: (1) email the United States Immigration and Customs Enforcement (ICE) (with attention to the Assistant Field Office Directors) at MIAAOR-Habeas-DG@ice.dhs.gov, (2) email the United States Attorney's Office (USAO) at USAFLM.Orlando2241@usdoj.gov, (3) email courtesy copies to the Orange County Jail at the address on file with the Clerk's Office, (4) email courtesy copies to the United States Marshal Service at usms-mfl-orl@usdoj.gov, and (5) send copies via certified mail to the United States Attorney's Office and the United States Attorney General (USAG) at the physical addresses on file with the Clerk's Office.

**ORDERED** in Orlando, Florida, on February 2, 2026.

> _____
> JULIE S. SNEED
> UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record